JOHN A. DUVALL, an Infant, by ROBERT E. DUVALL, His Guardian ad Litem, Respondent, v. LEVY & BAIRD (a Corporation), Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

PATRICK DWYER, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

F. W. WOOLWORTH COMPANY, Respondent, v. MAYER S. GINSBURG, Appellant.— Final order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

LAURA FENNEY, Respondent, v. CHARLES D. FENNEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

EMELINE T. FLETCHER, as Substituted Plaintiff, etc., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

STERLING FLETCHER, Respondent, v. WILLIAM BAYLIS, Individually and as Executor, etc., and Others, Appellants, Impleaded with Others.— The promise alleged in the complaint, followed by decedent's acts in purchasing and building on the property for plaintiff's continued occupation, taken with plaintiff's personal services, averred to be of great benefit to deceased and of such a character that they cannot be valued in money, present issues for a trial which are, therefore, not to be determined on motion for judgment. Order denying appellants' motion for judgment, under Code of Civil Procedure, section 547, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

JANE FLOOD, Respondent, v. THE CITY OF NEWBURGH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

WILLIAM R. FULLER, Appellant, v. ORVIL HARRY BROWN, as Executor, etc., of EDWARD A. BROWN, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.